THE PEOPLE OF THE STATE OF NEW YORK v. ROBERT C. NELSON.— Motion granted and appellant's time to file the record on appeal and appellant's points extended to and including the 16th day of November, 1931, with notice of argu-

---

* Affd., 258 N. Y. 625.

738

ment for December 1, 1931. Present — Finch, P. J., McAvoy, Martin, O'Malley and Townley, JJ.